# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JOHOINE WHITE

v.

CITY OF BENTON HARBOR, et al.

Case No. 1:24-cv-1098

Hon. Hala Y. Jarbou

TO: City of Benton Harbor
ADDRESS: 200 E Wall St
Benton Harbor, MI 49022



PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John R. Beason III, Esq.
The J.R. Beason Firm PLLC.
853 McAlister St.
Benton Harbor, MI 49022

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT



By: Deputy Clerk

10/22/2024
Date

---

## PROOF OF SERVICE

This summons for __City of Benton Harbor__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Additional information regarding attempted service, etc.:

_____
*Server's printed name and title*

_____
*Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JOHOINE WHITE

v.

CITY OF BENTON HARBOR, et al.

Case No. 1:24-cv-1098
Hon. Hala Y. Jarbou

TO: County of Berrien
ADDRESS: 701 Main St.
St. Joseph, MI 49085



PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John R. Beason III, Esq.
The J.R. Beason Firm PLLC.
853 McAlister St.
Benton Harbor, MI 49022

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT

By: Deputy Clerk

Date: 10/22/2024

## PROOF OF SERVICE

This summons for ____County of Berrien____ was received by me on _____.
(name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
(place where served)
on _____.
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JOHOINE WHITE

v.

CITY OF BENTON HARBOR, et al.

Case No. 1:24-cv-1098

Hon. Hala Y. Jarbou

TO: Jennifer Fields
ADDRESS: 2829 Lakeshore Dr.
Saint Joseph, MI 49085-2320



A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John R. Beason III, Esq.
The J.R. Beason Firm PLLC.
853 McAlister St.
Benton Harbor, MI 49022

CLERK OF COURT

By: Deputy Clerk

Date: 10/22/2024

---

## PROOF OF SERVICE

This summons for _____Jennifer Fields_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JOHOINE WHITE

v.

CITY OF BENTON HARBOR, et al.

Case No. 1:24-cv-1098

Hon. Hala Y. Jarbou



TO: Robert Shepherd
ADDRESS: 1446 Trebor Rd.
Saint Joseph, Michigan, 49085

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John R. Beason III, Esq.
The J.R. Beason Firm PLLC.
853 McAlister St.
Benton Harbor, MI 49022

CLERK OF COURT



By: Deputy Clerk                    10/22/2024
                                        Date

## PROOF OF SERVICE

This summons for _____Robert Shepherd_____ was received by me on _____.
(name of individual and title, if any)                                         (date)

☐ I personally served the summons on the individual at _____
                                                              (place where served)
on _____.
       (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                      (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
                                (name of individual)
of process on behalf of _____ on _____.
                            (name of organization)            (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

## SUMMONS IN A CIVIL ACTION
### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JOHOINE WHITE

v.

CITY OF BENTON HARBOR, et al.

Case No. 1:24-cv-1098

Hon. Hala Y. Jarbou



TO: David Wilson
ADDRESS: 200 Wall St.
Benton Harbor, MI 49022

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within  21  days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John R. Beason III, Esq.
The J.R. Beason Firm PLLC.
853 McAlister St.
Benton Harbor, MI 49022

CLERK OF COURT



By: Deputy Clerk

Date: 10/22/2024

---

### PROOF OF SERVICE

This summons for _____ David Wilson _____ was received by me on _____.
(name of individual and title, if any)                                         (date)

I personally served the summons on the individual at _____
on _____.                                                          (place where served)
   (date)

I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

I served the summons on _____, who is designated by law to accept service
                        (name of individual)
of process on behalf of _____ on _____.
                       (name of organization)        (date)

I returned the summons unexecuted because _____.

Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JOHOINE WHITE

v.

CITY OF BENTON HARBOR, et al.

Case No. 1:24-cv-1098
Hon. Hala Y. Jarbou



TO: Steve Bobo
ADDRESS: 830 Monroe St.
Benton Harbor, MI 49022

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John R. Beason III, Esq.
The J.R. Beason Firm PLLC.
853 McAlister St.
Benton Harbor, MI 49022

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT

By: Deputy Clerk

Date: 10/22/2024

## PROOF OF SERVICE

This summons for __Steve Bobo__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Additional information regarding attempted service, etc.:

_____
*Server's printed name and title*

_____
*Server's address*